UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Givonni Marcies Surles**　　　　　　　　　　　　　　　Docket No. 5:19-CR-63-1D

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Givonni Marcies Surles, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 19, 2020, to the custody of the Bureau of Prisons for a term of 60 months. The court further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of three years.

Givonni Marcies Surles was released from custody on November 8, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is motivated to be highly successful during his term of supervised release and is committed to showing the court that he is a prosocial and law-abiding individual. Therefore, it is recommended that the defendant participate in a cognitive behavioral program which will increase his likelihood of success on supervision and beyond. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Melissa K. Lunsmann　　　　　　　　　　　/s/ Scott Plaster
Melissa K. Lunsmann　　　　　　　　　　　　　Scott Plaster
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8808
　　　　　　　　　　　　　　　　　　　　　　　Executed On: September 15, 2025

### ORDER OF THE COURT

Considered and ordered this __17__ day of __September__, 2025 and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge